OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0006557458          APR 06 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

**4/1/2015**

**SMITH, PERRY WAYNE     Tr. Ct. No. 2007-C-139-A     WR-44,543-03**

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

PERRY WAYNE SMITH
▬▬▬▬▬▬▬ - TDC # 1429699

U TF